UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | Case No. 4:16-CV-01551 |
| v. ) | |
| ) | |
| JAMES C. HEARD, ) | |
|     Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CHARLES SCHWAB & CO., ) | |
| OFI GLOBAL TRUST COMPANY, and ) | |
| MERRILL LYNCH ) | |
|     Garnishees ) | |

## ORDER TERMINATING GARNISHMENTS

Having considered the United States' Motion to Quash the Writs of Garnishment issued to Charles Schwab & Co., OFI Global Trust Company and Merrill Lynch as it appears that these Garnishees hold no property, or only nonexempt property of *de minimus* value, belonging to or due the Defendant-Judgment Debtor,

THIS COURT ORDERS that the Writs of Garnishment issued to Charles Schwab & Co., OFI Global Trust Company and Merrill Lynch are terminated and quashed without prejudice.

Signed January 20, 2017.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

1